UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| APPLICA CONSUMER PRODUCTS, INC.,<br><br>                    Plaintiff,<br><br>vs.<br><br>LUCKY LITTER, LLC,<br><br>                    Defendant. | Civil Action No. 2:11-cv-00002<br><br>JURY TRIAL REQUESTED |

## ORDER GRANTING JOINT MOTION TO DISMISS

The Court has considered the Joint Motion to Dismiss, and has decided to grant the motion.  It is, therefore, ORDERED that:

1. The entire action hereby is dismissed with prejudice;

2. Each party shall bear its own costs of suit and attorneys' fees; and

3. The Court shall retain jurisdiction over the parties for purposes of enforcing the Confidential Settlement Agreement dated January 30, 2012, incorporated herein by this reference.

**So ORDERED and SIGNED this 13th day of February, 2012.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE